IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-03615-WJM-NRN

TATYANA SMITH,

     Plaintiff,

vs.

OFFICE OF THE ATTORNEY GENERAL,
Colorado Department of Law, and FELICE HAAS,

     Defendants.

---

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff Tatyana Smith, by her attorney, Robert M. Liechty, Esq., of ROBERT M LIECHTY PC, moves pursuant to Rule 41(a), and with the consent of opposing counsel, to dismiss the instant case with prejudice, each side to pay its own costs and attorneys' fees.

Respectfully submitted this April 21, 2022.

*Duly Signed Original Available at the offices of:*
ROBERT M LIECHTY PC

By:   s/   *Robert M. Liechty*
Robert M. Liechty
ROBERT M LIECHTY PC
1800 Gaylord St.
Denver, Colorado 80206
Tel: (303) 861-5300
Fax: (303) 861-2746
Email: rliechty@crossliechty.com
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this April 21, 2022, a true and correct copy of the above **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

Jacob Paul
Heather Kelly
Civil Litigation and Employment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Jacob.paul@coag.gov
Heather.Kelly@coag.gov

*Signed original in the office of Robert M Liechty PC*


s/  *Robert M. Liechty*
Robert M. Liechty